1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GUY WASHINGTON,

        Plaintiff,

    v.

PAT PRESTON,

        Defendant.

CASE NO.  C07-862-TSZ

ORDER DENYING *IN FORMA PAUPERIS* APPLICATION

    The Court, having reviewed plaintiff's application to proceed *in forma pauperis*, the complaint, the Report and Recommendation of the Honorable Monica J. Benton, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

    (1)    The Court adopts the Report and Recommendation.

    (2)    Plaintiff's application to proceed *in informa pauperis* is DENIED.

    (3)    The Clerk is directed to terminate this matter.

ORDER DENYING *IN FORMA PAUPERIS* APPLICATION
PAGE - 1

07-CV-00862-ORD

(4)    The Clerk is further directed to send copies of this Order to plaintiff and to the

Honorable Monica J. Benton.

DATED this **24** day of _____, 2007.

THOMAS S. ZILLY
United States District Judge

ORDER DENYING *IN FORMA*
*PAUPERIS* APPLICATION
PAGE - 2